# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

ANDREW TAGHON,

    Petitioner,

v.

J. V. FLOURNOY,

    Respondent.

CIVIL ACTION NO.: 2:15-cv-62

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 14. Petitioner Andrew Taghon ("Taghon") failed to file any Objections to the Magistrate Judge's Report and Recommendation.

Accordingly, Respondent's Motion to Dismiss is **DISMISSED** as moot. Dkt. No. 8. Taghon's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is **DIRECTED** to **TRANSFER** this case to the Hammond Division of the District Court for the Northern District of Indiana, to enter the appropriate judgment of dismissal, and to **CLOSE** this

case. The Court **DENIES** Taghon leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this 7th day of March, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA